CASE CLOSED

# United States District Court
# Central District of California

| | |
|---|---|
| MANUEL GUEVARA, | Case № 2:21-cv-09792-ODW (MARx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE RITZ-CARLTON HOTEL COMPANY, LLC, | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant; and
2. Plaintiff's Second Amended Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

February 7, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**